452 A.2d 45

Commonwealth v. David, Appellant.

Submitted April 22, 1982.  Nicholas M. Zanakos, Assistant Public Defender, for appellant;  Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.